# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**AMBER WALKER**                                                    **PLAINTIFF**

**v.**                          **No. 3:23-cv-112-DPM**

**SHARP COUNTY, ARKANSAS;**
**STEPHEN DAVIS, R.N.;  MARK A.**
**COUNTS;  DOES, Janes and John Does**
**I-X;  and SHANE RUSSELL**                         **DEFENDANTS**

## ORDER

Notice of voluntary dismissal, *Doc. 12*, noted.  The defendants have answered, so Walker can't dismiss her case as a matter of right. Fed. R. Civ. P. 41(a)(1)(A)(i).  The Court therefore construes her notice as a motion for voluntary dismissal under Rule 41(a)(2).  Any responses due by 13 November 2024.

So Ordered.

*DPMarshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

30 October 2024