IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AMBER WALKER                                                                PLAINTIFF

v.                        No. 3:23-cv-112-DPM

SHARP COUNTY, ARKANSAS;
STEPHEN DAVIS, R.N.;  MARK A.
COUNTS;  DOES, Janes and John Does
I-X;  and SHANE RUSSELL                                                     DEFENDANTS

JUDGMENT

Walker's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 November 2024